General of Nebraska, and *Dean G. Kratz,* Assistant Attorney General, for respondent.

No. 344. ARBULICH *v.* ARBULICH. Supreme Court of California. Certiorari denied. *Lawrence S. Lesser, Sidney H. Willner* and *Peter A. Schwabe* for petitioner. *Frank J. O'Brien* for respondent.

No. 373. HOXSEY CANCER CLINIC ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Roy St. Lewis* for petitioners. *Acting Solicitor General Stern* for the United States.

No. 377. BOURNE *v.* JONES. C. A. 5th Cir. Certiorari denied. *Hal H. McCaghren* for petitioner. *R. Bruce Jones* for respondent.

No. 378. FISHER, DOING BUSINESS AS FISHER PEN Co., *v.* DURKIN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 379. THE FLETERO ET AL. *v.* ARIAS. C. A. 4th Cir. Certiorari denied. *Hugh S. Meredith* for petitioners. *R. Arthur Jett* for respondent.

No. 387. GALLAGHER, ADMINISTRATRIX, ET AL. *v.* UNITED STATES LINES Co. ET AL. C. A. 2d Cir. Certiorari denied. *Philip F. Di Costanzo* for petitioners. *Raymond Parmer* and *Vernon Sims Jones* for the United States Lines Co.; and *Joseph Walker* for T. Hogan & Sons, Inc., respondents.